IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07-20073-01/02-CM |
| ) | |
| CARRIE MARIE NEIGHBORS, and ) | |
| GUY MADISON NEIGHBORS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on the parties' joint oral motion to continue the September 15, 2008-trial setting (*see* doc. 82). During a hearing conducted on July 30, 2008 in a related case involving the same two defendants (Case No. 07-20124-01/02-CM), the undersigned granted the instant motion, subject only to consultation with the presiding U.S. District Judge, Hon. Carlos Murguia.

The trial of this case, which is expected to take approximately one week, is now specially set to begin before Judge Murguia on **January 26, 2009, at 1:00 p.m.**, in Courtroom 463.

The period of delay resulting from the requested continuance shall constitute excludable time as provided for in 18 U.S.C. §3161(h)(8), and the ends of justice served by the granting of such continuance outweighs the best interest of the public and the defendants.

IT IS SO ORDERED.

O:\CRIMINAL\ORDERS\07-20073-01,02-CM-cont.wpd

Dated this 30th day of July, 2008, at Kansas City, Kansas.

   s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge